

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2007

**VIA FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07
```

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Coleson et al.,
            07 Cr. 789 (RJH)

Dear Judge Holwell:

        Your Deputy informed me yesterday that the status conference for the above-captioned matter had been rescheduled to the week of December 10, 2007.

        I have left telephone and email messages for each of the attorneys representing the six defendants in this case informing them that the status conference had been adjourned and seeking their consent to the exclusion of time until the next conference date. I have spoken with Ms. Priya Chaudhry and Ms. Susan Kellman (counsel to Mr. Coleson); Mr. Richard Lind (counsel to Mr. Henderson); and received an email from Mr. Goltzer (counsel to Ms. Washington) — all of who whom consented to the exclusion of time.

        The Government respectfully requests that the Court set a control date of December 14, 2007, and exclude time pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), until December 14, 2007. The ends of justice served by the continuance outweigh the interest of the public and the defendants in a speedy trial because the continuance will allow the defendants additional time to review the discovery materials that

The Honorable Richard J. Holwell
November 15, 2007
Page 2

the Government produced and for the parties to continue discussions about a possible disposition of the case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _/s/ Chi T. Steve Kwok_
Chi T. Steve Kwok
Assistant United States Attorney
Tel: (212) 637-2415

cc: All counsel (by fax)

*Conference adjourned to 12/11/07 at 2:30 p.m. Time is excluded under the STA from today to 12/11/07 in the interests of justice for the reasons stated above.*

*SO ORDERED*

*[signature]*
*USDJ*
*11/15/07*